

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Charlotte Division**

Case No. 26–30946
Chapter 7

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):
Melissa Karen Blair
321 Flint Hill Rd Apt 103
Fort Mill, SC 29715
Social Security No.: xxx–xx–2287

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion for Relief from Stay filed in the above referenced case on 08/06/2026 as document(s) # 6 is defective for the reason(s) marked below:

Notice states location that is not the correct location for this case.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: August 6, 2026                                      Christine F Ramsey
                                                          Clerk of Court

Electronically filed and signed (8/6/26)